William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 06 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MANUEL FARIAS-CARDENAS,<br>JOSHUA ISAAC STINE<br>  (a/k/a "Heat"),<br>PATRICK ELLIOTT PEARSON,<br>CRISTIAN MISAEL GOMEZ<br>  (a/k/a "Flako"),<br>LUIS MANUEL RAMIREZ<br>  (a/k/a "Sin"),<br>ZACARIAS MARTINEZ-GARZA<br>  (a/k/a "Listo"),<br>NOE ANGEL GONZALEZ-MARTINEZ,<br>MARIANO RUIZ-BALDERAS<br>  (a/k/a "Felix"),<br>JESSE LEON MANION, JR.,<br>HEATHER ELAINE KEATING,<br>LEONEL CABALLERO,<br>FORREST WALKER HERZOG,<br>AMY JO DYGERT,<br>RANDALL CURTIS GROSS,<br>MICHAEL EDWARD McLAUGHLIN,<br>JESUS VALENCIA-MORFIN,<br>GERARDO FARIAS-CONTRERAS<br>  (a/k/a/ Tomas GOMEZ), and | No. 2:19-CR-00111-WFN<br><br>SUPERSEDING INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C) Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Mixture or Substance Containing a Detectable Amount of Heroin (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Counts 2-5, 8, 12)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of a Mixture or Substance Containing Methamphetamine (Counts 6, 7, 9, 11, 13, 15, 27) |

SUPERSEDING INDICTMENT - 1

| | | |
|---|---|---|
| 1 | ELICEO FARIAS-CARDENAS, | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| 2 | Defendants. | Distribution of a Mixture or Substance Containing Heroin (Counts 14-15, 27) |
| | | |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(B)(i) Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing Heroin (Count 16) |
| | | |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine (Counts 17-18) |
| | | |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Counts 19, 21) |
| | | |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine (Count 20) |

SUPERSEDING INDICTMENT - 2

| | |
|---|---|
| | 18 U.S.C. § 111(b)<br>Assault with Deadly Weapon on Federal Law Enforcement Officers (Counts 23-24)<br><br>18 U.S.C. § 924(c)(1)(A)(iii)<br>Discharge of a Firearm During and in Relation to a Crime of Violence<br>(Count 25)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm (Counts 10, 22, 26)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but at least by on or about March 2015, and continuing until on or about July 16, 2019, in the Eastern District of Washington and elsewhere, the Defendants, LUIS MANUEL FARIAS-CARDENAS, JOSHUA ISAAC STINE (a/k/a "Heat"), PATRICK ELLIOTT PEARSON, CRISTIAN MISAEL GOMEZ (a/k/a/ "Flako"), LUIS MANUEL RAMIREZ (a/k/a "Sin"), ZACARIAS MARTINEZ-GARZA (a/k/a "Listo"), NOE ANGEL GONZALEZ-MARTINEZ, MARIANO RUIZ-BALDERAS (a/k/a "Felix"), JESSE LEON MANION, JR., HEATHER ELAINE KEATING, LEONEL CABALLERO, FORREST WALKER HERZOG, AMY JO DYGERT, RANDALL CURTIS GROSS, MICHAEL EDWARD MCLAUGHLIN, JESUS VALENCIA-MORFIN, GERARDO FARIAS-CONTRERAS (a/k/a/ Tomas GOMEZ), and ELICEO FARIAS-

SUPERSEDING INDICTMENT - 3

CARDENAS, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to commit the following offense against the United States: distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), or distribtion of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all in violation of 21 U.S.C. § 846.

COUNT 2

On or about December 3, 2018, in the Eastern District of Washington, the Defendants, JOSHUA ISAAC STINE (a/k/a "Heat") and LUIS MANUEL RAMIREZ (a/k/a "Sin"), knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 3

On or about December 19, 2018, in the Eastern District of Washington, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 4

On or about January 10, 2019, in the Eastern District of Washington, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 5

On or about February 4, 2019, in the Eastern District of Washington, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), knowingly and intentionally

distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 6

On or about February 28, 2019, in the Eastern District of Washington, the Defendant, ZACARIAS MARTINEZ-GARZA (a/k/a "Listo"), knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 7

On or about March 5, 2019, in the Eastern District of Washington, the Defendant, CRISTIAN MISAEL GOMEZ (a/k/a/ "Flako"), knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 8

On or about March 20, 2019, in the Eastern District of Washington, the Defendants, JOSHUA ISAAC STINE (a/k/a "Heat") and CRISTIAN MISAEL GOMEZ, knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 9

On or about March 20, 2019, in the Eastern District of Washington, the Defendant, CRISTIAN MISAEL GOMEZ (a/k/a/ "Flako"), knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 10

On or about March 31, 2019, in the Eastern District of Washington, the Defendant, CRISTIAN MISAEL GOMEZ (a/k/a/ "Flako"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson Model SW40F, .40 caliber semi-automatic handgun, bearing serial number PAB0760, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

COUNT 11

On or about April 22, 2019, in the Eastern District of Washington, the Defendant, FORREST WALKER HERZOG, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 12

On or about May 2, 2019, in the Eastern District of Washington, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 13

On or about May 2, 2019, in the Eastern District of Washington, the Defendant, ZACARIAS MARTINEZ-GARZA (a/k/a "Listo"), knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 14

On or about July 1, 2019, in the Eastern District of Washington, the Defendant, RANDALL CURTIS GROSS, knowingly and intentionally distributed a mixture or

substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

### COUNT 15

On or about July 2, 2019, in the Eastern District of Washington, the Defendant, RANDALL CURTIS GROSS, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

### COUNT 16

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, LUIS MANUEL FARIAS-CARDENAS, knowingly and intentionally possessed with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

### COUNT 17

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

### COUNT 18

On or about July 16, 2019, in the Eastern District of Washington, the Defendants, JESUS VALENCIA-MORFIN and GERARDO FARIAS-CONTRERAS (a/k/a Tomas GOMEZ), knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

SUPERSEDING INDICTMENT - 7

## COUNT 19

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, FORREST WALKER HERZOG, knowingly and intentionally possessed with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 20

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, MARIANO RUIZ-BALDERAS (a/k/a "Felix"), knowingly and intentionally possessed with the intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 21

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, MICHAEL EDWARD McLAUGHLIN, knowingly and intentionally possessed with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 22

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit:

- a Ruger New Model Blackhawk, .45 caliber revolver, bearing serial number 46-15779;
- a Manurhin S.A., Model PP, .32 caliber semi-automatic handgun, with an obliterated serial number;
- a Lorcin Engineering Model L22, .22 caliber semi-automatic handgun, bearing serial number 007824;

SUPERSEDING INDICTMENT - 8

- a Haskell (MFRG) Model JS45, .45 caliber semi-automatic handgun, bearing serial number 029435;
- a Zastava Model PAP, 7.62 caliber rifle, bearing serial number ZAPAP1101932;
- a Kimber Model Ultra Covert II, .45 caliber semi-automatic handgun, bearing serial number KU324858;
- a Taurus Model "Judge" revolver designed to fire .45 Long Colt or 410 shotgun ammunition, bearing serial number CM740365;
- a CZ (Ceska Zbrojovka) Model 70, 7.65 (.32) caliber semi-automatic handgun, bearing serial number 703051;
- a Keltec (CNC Industries) Model P11, 9mm semi-automatic handgun, bearing serial number AA3P33;
- a Ruger Model Blackhawk, .41 caliber revolver, bearing serial number 47-87885;
- a Phoenix Arms Model HP22, .22 caliber semi-automatic handgun, with an obliterated serial number;
- a Glock Model 19, 9mm caliber semi-automatic handgun, bearing serial number BHFA669;
- a Hi-Point Model 995, 9mm caliber rifle, bearing serial number E9629B;
- a Mossberg Model 590, 12-gauge shotgun, bearing serial number V0745386;
- a Ruger Model AR-556, 5.56 caliber rifle, bearing serial number 854-16911;
- a Smith and Wesson Model M&P 15, .223 caliber rifle, bearing serial number SP02452;
- a Ruger Model 22/45, .22 caliber semi-automatic handgun, bearing serial number 224-12031;
- a Winchester Model 1300 "Defender", 12-gauge shotgun, bearing serial number L3547975;
- a Seekins Precision Model SP15, .223 caliber rifle, bearing serial number 000548; and
- an HS Products (IM Metal) Model XD40, .40 caliber semi-automatic handgun, bearing serial number S229985,

which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2)

SUPERSEDING INDICTMENT - 9

## COUNT 23

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, PATRICK ELLIOTT PEARSON, did intentionally and forcibly assault and inflict bodily injury upon A.B., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by means and use of a deadly and dangerous weapon, to wit: a Sun City Machinery Stevens 320 12-gauge pump action shotgun, bearing serial number 121111S, while A.B. was engaged in and on account of, the performance of his official duties, in violation of 18 U.S.C. § 111(b).

## COUNT 24

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, PATRICK ELLIOTT PEARSON, did intentionally and forcibly assault and inflict bodily injury upon B.R., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by means and use of a deadly and dangerous weapon, to wit: a Sun City Machinery Stevens 320 12-gauge pump action shotgun, bearing serial number 121111S, while B.R. was engaged in and on account of, the performance of his official duties, in violation of 18 U.S.C. § 111(b).

## COUNT 25

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, PATRICK ELLIOTT PEARSON, did knowingly discharge and use a firearm, to wit: a Sun City Machinery Stevens 320 12-gauge pump action shotgun, bearing serial number 121111S, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault with a Deadly Weapon on a Federal Law Enforcement Officer, in violation of 18 U.S.C. § 111(b), as charged in Count 23 and Count 24 of this Superseding Indictment, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT 26

On or about July 16, 2019, in the Eastern District of Washington, the Defendant, PATRICK ELLIOTT PEARSON, knowing of his status as a person

SUPERSEDING INDICTMENT - 10

previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Sun City Machinery Stevens 320, 12-gauge pump action shotgun, bearing serial number 121111S, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

COUNT 27

On or about October 23, 2019, in the Eastern District of Washington, the Defendant, ELICEO FARIAS-CARDENAS, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Controlled Substance Forfeitures

Pursuant to 21 U.S.C. § 853, upon conviction of a controlled substance offense(s), in violation of 21 U.S.C. § 841, as set forth in Counts 1-9, 11-21, and 27, of this Superseding Indictment, the Defendants, LUIS MANUEL FARIAS-CARDENAS, JOSHUA ISAAC STINE (a/k/a "Heat"), PATRICK ELLIOTT PEARSON, CRISTIAN MISAEL GOMEZ (a/k/a "Flako"), LUIS MANUEL RAMIREZ (a/k/a "Sin"), ZACARIAS MARTINEZ-GARZA (a/k/a "Listo"), NOE ANGEL GONZALEZ-MARTINEZ, MARIANO RUIZ-BALDERAS (a/k/a "Felix"), JESSE LEON MANION, JR., HEATHER ELAINE KEATING, LEONEL CABALLERO, FORREST WALKER HERZOG, AMY JO DYGERT, RANDALL CURTIS GROSS, MICHAEL EDWARD McLAUGHLIN, JESUS VALENCIA-MORFIN, GERARDO FARIAS-CONTRERAS (a/k/a/ Tomas GOMEZ), and ELICEO FARIAS-CARDENAS, shall forfeit to the United States of America, any

SUPERSEDING INDICTMENT - 11

property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

The property to be forfeited includes, but is not limited to:

<u>LUIS MANUEL FARIAS-CARDENAS</u> (Count 1)

<u>U.S. CURRENCY</u>

$6,378.00 U.S. currency seized on July 16, 2019, by the United States Drug Enforcement Administration pursuant to the execution of a federal search and seizure warrant.

<u>REAL PROPERTY</u>

1. The real property being forfeited is commonly known as Parcel #: 121145000, Moses Lake, Washington, described as follows:

    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as Parcel #: 121145000, Moses Lake, Washington, legally described as follows:

    LOTS 1 TO 3 BLOCK 2 WHEELER
    Tax Parcel No.  121145000

2. The real property being forfeited is commonly known as Parcel #: 121146000, Moses Lake, Washington, described as follows:

    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as Parcel #: 121146000, Moses Lake, Washington, legally described as follows:

    LOT 4 BLOCK 2 WHEELER

    Tax Parcel No.  121146000

SUPERSEDING INDICTMENT - 12

3. The real property being forfeited is commonly known as 14929 NE 4th Street, Moses Lake, Washington, described as follows:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as 14929 NE 4th Street, Moses Lake, Washington, legally described as follows:

LOTS 5 & 6 BLOCK 2 WHEELER

Tax Parcel Nos. 121147000 and 600437000

4. The real property being forfeited is commonly known as 1912 West Atkinson Road, Moses Lake, Washington, described as follows:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1912 West Atkinson Road, Moses Lake, Washington, legally described as follows:

TAX #307 IN FU 222, BLK 49, Described as follows: Beginning at the corner of FU 222, thence S52°27'E along the SWly boundary of FU 25.3'; thence S57°25'E 109.1'; thence S57°24'30"E 241' to the TPOB; thence N32°35'30"E 315'; thence S57°24'30"E 155; thence S32°35'30"W 348', more or less, to the SWly boundary of said FU222; thence N40°42'10"W 114.84'; thence N57°24'30"W 45' to the TPOB. Containing 1.16 Acres, more or less.

Tax Parcel No. 2100492220300

5. The real property being forfeited is commonly known as 798 South Thacker Road, Othello, Washington, described as follows:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 798 South Thacker Road, Othello, Washington, legally described as follows:

TAX #118 IN FU 76, BLK 49 LYING W. OF THACKER ROAD, Described as follows: that ptn of FU 76, Blk 49 as shown on the 7th revision of final plat, lying in the S1/2 of 8-15-29. Beginning at the SW corner of said FU; thence N0°36'10"W along the West

SUPERSEDING INDICTMENT - 13

boundary of said Unit 100'; thence N71°45'E 591', more or less, to the centerline of the county road known as Thacker Rd; thence SEly along said centerline 303', more or less, to the South line of said section; thence Wly along said South line 675'; more or less, to the point of beginning.

Tax Parcel No.  2100490760400

<u>GERARDO FARIAS-CONTRERAS</u> (a/k/a/ Tomas GOMEZ) (Counts 1 and 18 )

<u>U.S. CURRENCY</u>

$13,001.00 U.S. currency seized on July 16, 2019, by the United States Drug Enforcement Administration pursuant to the execution of a federal search and seizure warrant.

If any forfeitable property, as a result of any act or omission of the Defendant(s):

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

<u>Firearm Forfeitures</u>

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of a firearm offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Counts 10, 22 and 26; and in violation of 18 U.S.C. § 924(c)(1)(a)(iii), as set forth in Count 25 of this Superseding Indictment, the Defendants JOSHUA ISAAC STINE (Count 22), PATRICK ELLIOTT PEARSON (Counts 25 and 26), , and CRISTIAN MISAEL GOMEZ (a/k/a/ "Flako") (Count 10), shall forfeit to the United States of

SUPERSEDING INDICTMENT - 14

America, any firearms and ammunition involved or used in the commission of the offense(s).

Dated: November 6, 2019.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Caitlin Baunsgard
Assistant United States Attorney

SUPERSEDING INDICTMENT - 15